**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6076**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIS LAMONT EDWARDS, a/k/a Mont,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:11-cr-00125-BO-1)

Submitted: May 24, 2018                    Decided: May 30, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willis Lamont Edwards, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willis Lamont Edwards appeals the district court's order denying his motion to reconsider its grant of a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 of the Sentencing Guidelines; Edwards sought a further reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Edwards*, No. 5:11-cr-00125-BO-1 (E.D.N.C. Oct. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*